Clarence E. Hopkins, Respondent, v. Calleson Horse Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

E. Belcher Hyde, Appellant, v. Fleishmann Realty Company, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the evidence was not sufficient to sustain a judgment that the delivery of the atlas was not within a reasonable time after the making of the contract. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to the Lands, etc., Required for the Purpose of Opening Foster Avenue, etc., in the Borough of Brooklyn, City of New York. Annie W. Stephens, Individually and as Executrix, etc., of Benjamin F. Stephens, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to the Lands, etc., Required for the Purpose of Opening Foster Avenue, etc., in the Borough of Brooklyn, City of New York. The Germania Real Estate and Improvement Company, Appellant; Annie W. Stephens, Individually and as Executrix, etc., of Benjamin F. Stephens, Deceased, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Peter Johnson, Respondent, v. The Prince Line, Limited, Appellant.— Judgment and order unanimously affirmed by default, with costs. Present— Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Frank P. Krug, Respondent, v. The Bouton Motor Company, Appellant.— It was error to submit to the jury evidence of damage to the realty owned by plaintiff's wife. Judgment reversed and new trial granted, costs to abide the event. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Eva L. Maltby, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Elias Mandel, Respondent, v. Morris Manson and George Jacobson, Appellants. —Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph A. McLaughlin, Respondent, v. Henry G. Wintjen, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sylvester McMail, an Infant, by James McMail, His Guardian ad Litem, Respondent, v. Dominio Polizio, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Bernard McNulty, Respondent, v. Ludwig & Company, Appellant.— Judgment and order affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.